UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:
LEDWIDGE, PAUL M.                          Case No. 06-46456 PJS
LEDWIDGE, LAURA S.                         Chapter 7
LLC, 3 BIRD                                HON. Phillip J. Shefferly

                Debtor(s).           /

## NOTICE OF UNCLAIMED DIVIDENDS

**TO: CLERK OF THE COURT**

    The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| United States Treasury | 7 | 2.287.08 |
| Linda Yarbrough | 1 | 984.82 |

Dated: January 19, 2010                /s/ Timothy J. Miller
                                                    Timothy J. Miller, Trustee
                                                    64541 Van Dyke, Suite 101B
                                                    Washington Township, MI 48095
                                                    (586) 281-3764